```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Sansome Street, Suite 600
 3  San Francisco, CA  94104
    Telephone: (415) 392-5431
 4
    Attorneys for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | NO. C 03 4465 MJJ |
| Plaintiff, ) | Order re: |
| vs. ) | NOTICE OF |
| ) | VOLUNTARY DISMISSAL |
| NEGUSU MERID, etc. ) | |
| Defendant. ) | |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar.

Dated: May 26, 2005                           ERSKINE & TULLEY

                                       By: /s/ Michael J. Carroll
                                           Michael J. Carroll
                                           Attorneys for Plaintiff

APPROVED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5/31/2005

NOTICE OF VOLUNTARY DISMISSAL